AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chapman, Shelley C. | U.S. Bankruptcy Court, Southern District of New York | 07/21/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | UNITED STATES JUDGES | $186,698.66 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | MEMORIAL SLOAN-KETTERING CANCER CENTER, WAGES |
| 2. | 2016 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHARLES SCHWAB CORPORATION | MARGIN LOAN | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #1 (H) | | | | | | | | | |
| 2. | - BBH CORE SELECT FUND N | | None | | | Sold | 09/28/16 | L | B | |
| 3. | - HAMLIN HIGH DIVIDEND EQUITY INSTL | A | Dividend | K | T | Sold (part) | 04/12/16 | J | | |
| 4. | - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 5. | - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | J | T | | | | | |
| 6. | - VANGUARD TOTAL INTL STOCK INDEX INV | A | Dividend | J | T | | | | | |
| 7. | - VANGUARD S&P 500 ETF | B | Dividend | M | T | | | | | |
| 8. | - U.S. Treasury Note .625% | | None | K | T | Buy | 06/29/16 | K | | |
| 9. | - SCHWAB U.S. TREASURY MONEY FUND (x) | | None | J | | | | | | |
| 10. | IRA #1 (H) | | | | | | | | | |
| 11. | - ISHARES CORE US AGGREGATE BOND (FORMERLY ISHARES TR LEHMAN AGG BND) | A | Dividend | K | T | | | | | |
| 12. | - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | B | Dividend | L | T | | | | | |
| 13. | - GOLDMAN SACHS TR STRG INCM INST | A | Dividend | | | Sold | 04/12/16 | J | | |
| 14. | - PIMCO ALL ASSET ALL AUTHORITY CL INST | A | Dividend | K | T | Buy | 04/12/16 | J | | |
| 15. | - SCHWAB U.S. TREASURY MONEY FUND | | None | J | T | | | | | |
| 16. | IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | L | T | Buy (add'l) | 12/27/16 | L | | |
| 18. - SCHWAB US TREAS MONEY FD | | None | J | T | | | | | |
| 19. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 20. - VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 21. - VANGUARD EUROPE PACIFIC ETF | A | Dividend | J | T | | | | | |
| 22. - VANGUARD INTL EMG MKT VIPERS | A | Dividend | J | T | | | | | |
| 23. - VANGUARD TOTAL INTL STOCK INDEX ADMIRAL | D | Dividend | | | Sold | 12/27/16 | N | E | |
| 24. - BLACKROCK FDS II STRG OPP INSTL | A | Dividend | M | T | Buy (add'l) | 12/27/16 | L | | |
| 25. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | A | Dividend | L | T | Buy | 12/27/16 | L | | |
| 26. - METROPOLITAN WEST TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy | 04/12/16 | J | | |
| 27. IRA #3 (H) | | | | | | | | | |
| 28. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | Buy (add'l) | 04/12/16 | J | | |
| 29. - BBH CORE SELECT FUND N | A | Dividend | K | T | | | | | |
| 30. - FIDELITY CONCORD STR SP US EQT ADV | B | Dividend | M | T | Sold (part) | 04/12/16 | L | E | |
| 31. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | B | Dividend | L | T | | | | | |
| 32. - FIDELITY CASH RESERVES (Y) | | | | | | | | | |
| 33. - FIDELITY TREASURY MONEY MARKET FUND (X) | | | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | K | T | | | | | |
| 35. - FIDELITY TREASURY FUND DAILY MONEY CLASS | | | J | T | | | | | |
| 36. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 37. - VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 38. - VANGUARD EUROPE PACIFIC ETF | A | Dividend | J | T | | | | | |
| 39. - VANGUARD INTL EMG MKT VIPERS | A | Dividend | J | T | | | | | |
| 40. - GOLDMAN SACHS TR STRG INCM INST | A | Dividend | | | Sold | 04/12/16 | K | | |
| 41. - ISHARES CORE US AGGREGATE BOND | B | Dividend | L | T | | | | | |
| 42. - METROPOLITAN WEST TOTAL RETURN CLASS I | B | Dividend | M | T | Buy | 04/12/16 | M | | |
| 43. IRA #4 (H) | | | | | | | | | |
| 44. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | Buy (add'l) | 04/12/16 | J | | |
| 45. - ISHARES CORE US AGGREGATE BOND | C | Dividend | M | T | | | | | |
| 46. - PIMCO ALL ASSET ALL AUTHORITY I | C | Dividend | M | T | Buy (add'l) | 04/12/16 | K | | |
| 47. - BBH CORE SELECT FUND N (FORMERLY BBH FD INC CORE SL RETAIL) | A | Dividend | L | T | | | | | |
| 48. - VANGUARD TOTAL INTL STOCK INDEX INV | A | Dividend | K | T | | | | | |
| 49. - SCHWAB US TREASURY MONEY FUND | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - HAMLIN HIGH DIVIDEND EQUITY INSTL | C | Dividend | M | T | | | | | |
| 51. - BLACKROCK FDS II STRG OPP INSTL | C | Dividend | M | T | Buy (add'l) | 04/12/16 | K | | |
| 52. - GOLDMAN SACHS TR STRG INCM INST | A | Dividend | | | Sold | 04/12/16 | L | | |
| 53. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 54. - VANGUARD S&P 500 ETF | A | Dividend | | | Sold | 04/12/16 | M | B | |
| 55. - VANGUARD EUROPE PACIFIC ETF | A | Dividend | L | T | | | | | |
| 56. - VANGUARD INTL EMG MKT VIPERS | A | Dividend | J | T | | | | | |
| 57. - METROPOLITAN WEST TOTAL RETURN BOND | B | Dividend | L | T | Buy | 04/12/16 | L | | |
| 58. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 59. - VANGUARD INSTITUTIONAL INDEX FUND | D | Dividend | O | T | | | | | |
| 60. - VANGUARD LIFESTRATEGY MODERATE GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 61. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 62. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 63. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 64. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 65. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 66. | | | | | Buy (add'l) | 04/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 68. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 69. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 70. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 71. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 72. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 73. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 74. | | | | | Sold (part) | 07/21/16 | L | | |
| 75. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 76. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 77. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 78. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 79. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 80. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 81. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 82. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 83. | | | | | Buy (add'l) | 11/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 85. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 86. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 87. - VANGUARD BD INDEX FD TOT BD PTF INS | D | Dividend | O | T | Sold (part) | 02/03/16 | J | | |
| 88. - VANGUARD TOTAL INTL STOCK INDEX INSTL | A | Dividend | L | T | Buy | 07/21/16 | L | | |
| 89. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 90. - VANGUARD LIFESTRATEGY MODERATE GROWTH | B | Dividend | | | Sold | 07/21/16 | M | | |
| 91. - TIAA REAL ESTATE | | None | K | T | Buy (add'l) | 12/28/16 | J | | |
| 92. - VANGUARD TOTAL INTL STOCK INDEX INSTL | C | Dividend | M | T | Buy | 07/21/16 | M | | |
| 93. CITIBANK JOINT CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 94. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/21/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544